**Motion for Rehearing Granted, Memorandum Opinion filed December 4, 2012, Withdrawn, Appeal Reinstated, and Order filed January 24, 2013.**

In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-00762-CV
_____

**TONY WOODY, Appellant**

**V.**

**MADELYN WOODY, Appellee**

**On Appeal from the 328th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 07-DCV-157762**

## ORDER

On December 4, 2012, this court issued an opinion dismissing this appeal. On, December 19 2012, appellant filed a motion for rehearing. A response was filed December 20, 2012. The motion is **GRANTED**.

This court's opinion filed December 4, 2012, is **WITHDRAWN**, and our judgment of that date is **VACATED.** The appeal is ordered **REINSTATED.**

PER CURIAM